vision, First Department. December 24, 1903.) Action by Rudolph Schneider against Thomas B. Seaman, impleaded. T. Sutro, for appellant. W. Arrowsmith, for respondent. No opinion. Judgment affirmed, with costs.

SECOND NAT. BANK OF LOUISVILLE, KY., Appellant, v. SCHWARTZ et al., Respondents. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by the Second National Bank of Louisville, Ky., against Moses Schwartz and others. A. G. Murray, for appellant. N. G. Goldberger, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SECOND NAT. BANK OF LOUISVILLE, KY., v. SCHWARTZ et al. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by the Second National Bank of Louisville, Ky., against Moses Schwartz and others. No opinion. Motion denied, with $10 costs.

SHANNON v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Anna B. Shannon, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

SHAW, Respondent, v. BRONNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) Action by Thomas Shaw against Emanuel Bronner. No opinion. Judgment affirmed, with costs.

SHELDON, Respondent, v. TOWN OF ALLEGANY, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Katharine E. Sheldon against the town of Allegany. No opinion. Judgment and order affirmed, with costs.

SHER, Respondent, v. GERMAN EQUITY INS. CO. OF MONROE COUNTY, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Philip Sher against the German Equity Insurance Company of Monroe County. No opinion. Judgment and order affirmed, with costs.

SILVER, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Sam Silver against Louis Cohen. No opinion. Judgment of the Municipal Court affirmed, with costs.

SIMAR v. SHEA. (Supreme Court, Appellate Division, First Department. January 15, 1904.) Action by Albert Simar against John L. Shea. No opinion. Motion denied, with $10 costs.

SIRE, Appellant, v. SHUBERT et al., Respondents. (Supreme Court, Appellate Divi-

sion, First Department. December 11, 1903.) Action by Leander S. Sire against Samuel S. Shubert and others. F. Bien, for appellant. A. H. Hummel, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SIRE v. SHUBERT. (Supreme Court, Appellate Division, First Department. January 15, 1904.) Action by Henry B. Sire against Sam S. Shubert. No opinion. Motion denied, with $10 costs.

SKINNER, Respondent, v. FIELD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Henry J. Skinner against Edgar K. Field and another. No opinion. Motion for reargument denied, with $10 costs and disbursements.

SMITH, Respondent, v. AMERICAN LOCOMOTIVE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Frank W. Smith against the American Locomotive Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted requiring the plaintiff to serve a bill of particulars and items showing the respects and particulars in which the steam hammer in question was or had become defective, and in which the same was improperly constructed or out of repair, with $10 costs to abide the event of the action.

WILLIAMS, J., dissents.

SMITH v. HUDSON VALLEY RY. CO. (Supreme Court, Appellate Division, Third Department. January 16, 1904.) Action by Kittie F. Smith against the Hudson Valley Railway Company. No opinion. Motion denied.

STAFFORD, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Harriet E. Stafford against the Syracuse Rapid Transit Railway Company. No opinion. Judgment and order affirmed, with costs.

STARBUCK, Respondent, v. PATTERSON et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by Frank M. Starbuck, as trustee in bankruptcy of the estate of Edward T. Patterson, individually and as successor of the firm of Patterson & Lucas, bankrupts, against Edward T. Patterson, individually and as successor of the firm of Patterson & Lucas, and George A. Patterson. No opinion. Judgment unanimously affirmed, with costs.

STEADMAN, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by Elisha Steadman against the state of New York.

PER CURIAM. Judgment affirmed, with costs.

HOUGHTON, J., dissenting.